Argued April 7, affirmed April 14, 1954

ROLFE ET UX. *v.* POWERS ET UX.

269 P. 2d 490

*Francis E. Harrington,* of Portland, argued the cause and filed briefs for appellants.

*James L. Conley* argued the cause for respondents. On the brief were Conley and Greene, of Portland.

Before LATOURETTE, Chief Justice, and WARNER, ROSSMAN and PERRY, Justices.

## PER CURIAM.

This is a suit brought by the plaintiffs for rescission of a contract made with the defendants for the purchase of the latters' hardware business in Taft, Oregon. Plaintiffs rest their claim of right upon allegations of misrepresentation as to the annual net earnings of that business. From a decree dismissing their complaint, plaintiffs appeal.

Here their whole case is predicated upon what they claim to be the lower court's erroneous findings derived from the evidence. They assert no departure from the accepted and pertinent rules of law and, therefore, we have no duty in the premises except to examine the record before us. This we have done with care and with the result that we find ourselves in complete accord with the conclusions attained by the circuit court and to such a convincing extent that we cannot forebear an expression of wonderment that an appeal was taken in this matter.

Affirmed.